RECEIVED
IN ALEXANDRIA, LA.
MAY 14 2009
TONY R. MOORE, CLERK
BY\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAN MITCHELL (D.O.C.#438855) | DOCKET NO. 08-CV-1606; SEC. "P" |
| VERSUS | JUDGE DEE D. DRELL |
| MONA HEYSE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 14th day of May, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE